**Mario YBARRA, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 85706.**

Missouri Court of Appeals,
Eastern District,
Division Three.

March 14, 2006.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 25, 2006.

Application for Transfer Denied
Aug. 22, 2006.

Timothy Forneris, St. Louis, MO, for
appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Ronald S. Ribaudo, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before KATHIANNE KNAUP
CRANE, P.J., LAWRENCE E.
MOONEY and BOOKER T. SHAW, JJ.

### ORDER

PER CURIAM.

The movant, Mario Ybarra, appeals the
motion court's order denying his Rule
29.15 motion for post-conviction relief
without an evidentiary hearing. We have
reviewed the parties' briefs and the record
on appeal and find no clear error. Rule
29.15(k). An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for
this decision.

The motion court's order denying the
movant's Rule 29.15 motion for post-conviction relief is affirmed. Rule 84.16(b)(2).